**Rule 213.  Hearings Before the Board**

\*\*\*

**(c) Remote Hearing; Remote Testimony. The Board may, at its own instance or upon request of an applicant, conduct a hearing under subsection (b) via telephone or other method of advanced communication technology ("ACT"). The Board likewise may, in its discretion, allow a witness to testify via ACT. Any witness testifying via ACT must provide valid, government-issued photo identification to the Board office in advance of the witness's testimony. At least three business days in advance of a remote hearing, the applicant shall provide to the Board the names of all witnesses, and copies of any documents or exhibits that the applicant intends to present at the hearing and which are not already part of the Board's record. Documents and exhibits shall be transmitted electronically via the Board's secure website unless otherwise directed by the Board. If an applicant is unable to provide such documents or exhibits in advance of the hearing, the Board may, in its discretion, hold the record open and grant an applicant additional time to provide such documents or exhibits. Notice of the technology requirements for the remote hearing, along with instructions for counsel regarding use of the technology in the course of the hearing, shall be posted on the Board's website and included when giving notice of a remote hearing. An applicant is responsible for complying with the technology requirements and for being familiar with their use.**